

Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 - mc-399

| | | |
|---|---|---|
| In re Subpoena to | ) | Notice of Lodging of Summary Spreadsheet and |
| MegaPath Corporation | ) | DMCA Notifications |
| | ) | |

Documents attached to the cd include:

1.   Excel Summary Spreadsheet

2.   Notices from April 6, 2014 to June 1 , 2014

Executed on    June 6, 2014

_____
Dennis J. Hawk

LODGED
CLERK, U.S. DISTRICT COURT

JUN - 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

14-mc-399

In re Subpoena to                )
MegaPath Corporation             )          Exhibit A
                                 )

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

## AVAILABLE IN THE RECORDS

## SECTION OF THE CLERK'S

## OFFICE FOR PUBLIC VIEWING

G–114 (02/09)      **VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING**